### J. ELWOOD LEE CO. v. B. F. GOODRICH CO.

(Circuit Court, S. D. New York. November 19, 1900.)

PATENTS—PATENTABLE NOVELTY—CATHETER.
> The Lee patent, No. 390,177, for an improved catheter, *held* valid on demurrer.

In Equity. Suit for infringement of patent. On demurrer to bill.

Herbert Howson, for plaintiff.
Seward Davis, for defendant.

WHEELER, District Judge. The suit is brought upon patent No. 390,177, dated September 25, 1888, and granted to J. Elwood Lee, for an improved catheter. The bill is demurred to for want of patentable novelty in the claimed invention. But the improvement is in a surgical instrument. On its face it appears so far new and useful that professional or expert information, beyond common knowledge, is necessary to show that it is not. Demurrer overruled. Defendant to answer over by January rule day.